COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss                                          SUPERIOR COURT
                                                     C.A. No. 2011-4277-H

EAST BOSTON SAVINGS BANK            )
    Plaintiff                       )
                                    )
v.                                  )
                                    )
STEPHEN P. BROWN,                   )
THE UNITED STATES OF AMERICA,       )
THE MASSACHUSETTS DEPARTMENT,)
    OF REVENUE,                     )
FLEET NATIONAL BANK,                )
DISCOVER BANK ,                     )
    Defendants                      )
                                    )

## AMENDED COMPLAINT FOR INTERPLEADER

This is an interpleader action brought by the plaintiff, East Boston Savings Bank (the "Bank") which foreclosed upon property previously owned by the defendant, Stephen P. Brown ("Brown"). Following the foreclosure auction, the Bank received proceeds in excess of what it was owed by Brown. By this action, the Bank seeks to pay those excess proceeds into this Court, so as to allow the defendants to prove their claim to the excess proceeds.

### PARTIES

1. The Plaintiff, East Boston Savings Bank, is a duly incorporated Massachusetts savings bank authorized to do business in Massachusetts and having its principal place of business at 10 Meridian Street, East Boston, Massachusetts.

2. The Defendant, the United States of America, acting by and through the Internal Revenue Service, asserted a lien against the property related to this action.

3. The Defendant, the Massachusetts Department of Revenue, has an address of 19 Staniford Street, Boston, MA

4. The Defendant, Discover Bank, is a Banking institution with an office located at 340 Main Street, Worcester, MA

5. The Defendant, Fleet National Bank, is a Banking institution with a principal place of business in Greensboro, NC.

## CAUSE OF ACTION

6. On July 20, 2011, the Bank being the holder of a first mortgage given by Brown, dated May 17, 2002 and recorded with the Suffolk County Registry of Deeds in Book 28594, Page 180, for breach of the conditions thereof, caused the mortgaged premises located at 241 Lexington Street, East Boston, Massachusetts, to be sold at a foreclosure sale for the sum of $277,000.00 (Exhibit A).

7. After satisfaction of its indebtedness, including various costs and expenses, there is now a surplus held by the Bank in the amount of $31,178.01, which was calculated as follows:

   a. Unpaid principal           $215,301.31
   b. Interest                   $ 13,951.24
   c. Late fees                  $     512.25
   d. Legal Fees and expenses    $ 11,942.18

    e. Auction fees and expenses    $ 3,665.00

    f. Appraisal fees    $ 450.00

| | |
|---|---|
| Total | $245,821.99 |
| Sale Price | $277,000.00 |
| Surplus | $ 31,178.01 |

8. Each of the defendants appear of record to be all the persons or entities having an interest in the surplus funds held by the Bank, as follows:

    a. Internal Revenue Service

    b. Massachusetts Department of Revenue

    c. Fleet National Bank, Second Mortgagee

    d. Discover Bank, Judgment Creditor.

9. By reason of the conflicting interest of the various defendants, the Bank is in great doubt as to which defendants are entitled to be paid any of the surplus proceeds from the mortgage foreclosure.

WHEREFORE, the Bank prays as follows:

1. That each of the defendants be ordered to appear and prove their claim, if any, to the surplus funds held by the Bank.

2. That the Bank be ordered to pay the surplus funds held by it in an amount of $31,178.01 into the Clerk of Suffolk Superior Court, for such further orders as this Court deems proper.

3. That the Bank may be allowed as its costs, expenses and Attorneys' fees in this action, to be paid from the surplus funds now be held.

4. That, upon payment by the Bank of the surplus funds into the Clerk of the Suffolk Superior Court, the Bank shall be dismissed out of this action with prejudice.

5. Such other relief as this Court deems just and proper.

Respectfully Submitted,

The Plaintiff,
East Boston Savings Bank
By its Attorneys,

Patrick J. Dolan
BBO #564250
Perry, Krumsiek & Jack, LLP
101 Arch Street, 19th Floor
Boston, MA  02110
(617) 720-4300

Dated: February 17, 2011