**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| EAST BOSTON SAVINGS BANK,<br>            Plaintiffs<br>v.<br><br>STEPHEN P. BROWN,<br>THE UNITED STATES OF AMERICA,<br>THE MASSACHUSETTS DEPARTMENT OF<br>REVENUE, FLEET NATIONAL BANK and<br>DISCOVER BANK,<br>            Defendants | )<br>)<br>)<br>)<br>) CASE NO. 12-CV-10522-GAO<br>)<br>)<br>)<br>)<br>)<br>) |

## **DISCLAIMER OF INTEREST**

The Defendant/Party-on-Interest, the Commonwealth of Massachusetts Commissioner of Revenue ("Commissioner"), disclaims any interest in the above-captioned action but maintains the Commissioner's right to pursue any actions it might have against the parties.

                                                      **AMY A. PITTER**
                                                      **COMMISSIONER OF REVENUE**
                                                        By her attorney,

                                                      <u>/s/ Eileen Ryan McAuliffe</u>
                                                      **Eileen Ryan McAuliffe**
                                                      **BBO No. 435260**
                                                      **Counsel for the Commissioner**
                                                      **Department of Revenue**
                                                      **Litigation Bureau, 7th Floor**
                                                      **P.O. Box 9565**
                                                      **100 Cambridge Street**
                                                      **Boston, Massachusetts 02114-9565**
                                                      **mcauliffe@dor.state.ma.us**

**DATED: August 1, 2012**
350678/ERM

## **CERTIFICATE OF SERVICE**

I, Eileen Ryan McAuliffe, hereby certify that I have served the within Massachusetts Commissioner of Revenue's Disclaimer of Interest by mailing a copy of the same, first class mail, postage prepaid, to:

Patrick J. Dolan, Esq.
Perry, Krumsiek & Jack, LLP
101 Arch Street, 19th Floor
Boston, MA  02110


Attorney Edward Murphy
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

Attorney Edward FitzGerald
FitzGerald & Favorat, P.C.
2409 Massachusetts Avenue
Cambridge, Massachusetts 02140

/s/ Eileen Ryan McAuliffe
**Eileen Ryan McAuliffe**

**DATED: August 1, 2012**
350678/ERM